# State of Rhode Island Appeals Cover Sheet
Volume: 1 of 1
Trial Court Case Number: WC-2025-0102

**Appeal Index**

| Date: | Document Description | Page Number | Volume |
|---|---|---|---|
| 04/30/2025 | Clerk's Certificate | 1 - 1 | 1 |
| 04/30/2025 | Docket Sheet | 2 - 2 | 1 |
| 04/23/2025 | Notice of Removal | 3 - 4 | 1 |
| 04/23/2025 | Notice of Removal_Exhibit A | 5 - 7 | 1 |
| 04/21/2025 | Stipulation Filed Extension of Time | 8 - 9 | 1 |
| 04/21/2025 | Entry of Appearance_GRL | 10 - 10 | 1 |
| 04/21/2025 | Entry of Appearance_MTO | 11 - 11 | 1 |
| 04/16/2025 | Summons Returned Served | 12 - 14 | 1 |
| 02/20/2025 | Summons | 15 - 17 | 1 |
| 02/19/2025 | Complaint Filed | 18- 26 | 1 |
| 02/19/2025 | Complaint Filed_Jury Demand | 27 - 27 | 1 |

**Total Number of pages**   27