UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JEAN D. NSABUMUREMYI, | : | |
|     *Plaintiff*, | : | |
| | : | |
| vs. | : | C.A. No. 25-00179-MSM-PAS |
| | : | |
| UNIVERSITY OF RHODE ISLAND, | : | |
| By and through its Board Chair, in her | : | |
| Official Capacity, Margo L. Cook | : | |
|     *Defendant*. | : | |

## STIPULATION FOR ENLARGEMENT OF TIME

The time within which Defendant, University of Rhode Island, by and through its Board Chair, in her official capacity only, Margo L. Cook, may answer or otherwise responsively plead to the First Amended Complaint in this matter is hereby extended up to and including July 31, 2025.

| | |
|---|---|
| Plaintiff,<br>Jean D. Nsabumuremyi<br>By His Attorney, | Defendant,<br>University of Rhode Island, by and through<br>its Board Chair, in her official capacity only,<br>Margo L. Cook,<br>By its Attorneys, |
|  */s/ Sonja L. Deyoe*<br>Sonja L. Deyoe, Esquire (#6301)<br>Law Offices of Sonja L. Deyoe<br>395 Smith Street<br>Providence, RI 02903<br>Providence, RI 02903<br>(401) 864-5877<br>(401) 354-7464 Fax<br>SLD@the-straight-shooter.com |  */s/ Gina Renzulli Lemay*<br>Matthew T. Oliverio, Esquire (#3372)<br>Gina Renzulli Lemay, Esquire (#7405)<br>OLIVERIO & MARCACCIO LLP<br>30 Romano Vineyard Way, Suite 109<br>North Kingstown, RI 02852<br>(401) 861-2900<br>(401) 861-2922 Fax<br>mto@om-rilaw.com<br>grl@om-rilaw.com |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically with the United States District Court for the District of Rhode Island on the 10th day of July 2025 and is available for viewing and downloading from the Electronic Case Filing system.  A copy of the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as nonregistered participants.

      /s/ Gina Renzulli Lemay